# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN X. HALLENBECK

NO. 2020 KW 0646

**OCTOBER 12, 2020**

---

In Re: John X. Hallenbeck, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 139739-MISD.

---

**BEFORE: HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The record of the Washington Parish Clerk of Court's Office shows that the misdemeanor charges in docket number 139739 were dismissed on May 24, 2020. Accordingly, the relief that relator seeks is moot.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT